UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-11994-RGS

ANTWAN GONSALVES,
Petitioner

v.

MICHAEL RODRIGUES,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

September 3, 2024

STEARNS, D.J.

I agree with Magistrate Judge Boal's incisive analysis of the record and her comprehensive summary of the applicable habeas law.  I also agree with her conclusions that: (1) the Massachusetts Supreme Judicial Court's (SJC) determination that petitioner had not been denied the effective assistance of counsel was reasonable under the standard of *Strickland v. Washington*, 466 U.S. 668 (1984); and (2) that petitioner has failed to effectively contravene the SJC's conclusion that his failure to establish a viable due process sufficiency-of-the-evidence claim under *Jackson v. Virginia*, 443 U.S. 307 (1979), was objectively unreasonable.  Specifically, I agree with the Magistrate Judge's determination that *Commonwealth v. Castillo*, 485

Mass. 852 (2020), which prospectively revised the *Cunneen* requirements supporting a finding of extreme atrocity or cruelty (after petitioner's trial) has no bearing on the validity of petitioner's guilty verdict.

Consequently, the Magistrate Judge's Recommendation is <u>ADOPTED</u>, and Gonsalves's petition is <u>DISMISSED</u> with prejudice. The Clerk will enter judgment for the Respondent and close the case. Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253, is also <u>DENIED</u>, the court discerning no meritorious or substantial basis supporting an appeal.[1]

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] Rodrigues has not filed a timely Objection to the Magistrate Judge's Report and Recommendation.